STATE v. SANDERSON

No. 374A86-5

Case below: Iredell County Superior Court

Motion by defendant (Sanderson) to abandon appeal denied 20 November 1997.

STATE v. STEWART

No. 497P97

Case below: 127 N.C.App. 554

Petition by defendant (Stewart) for discretionary review pursuant to G.S. 7A-31 denied 4 December 1997.

STATE v. TURNER

No. 502P97

Case below: 127 N.C.App. 554

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 December 1997. Motion by Attorney General to dismiss appeal denied 4 December 1997.

STATE ex rel. UTILITIES COMM. v. PUBLIC STAFF

No. 408P97

Case below: 126 N.C.App. 833

Petition by intervenor-appellant (Public Staff) for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

TATE TERRACE REALTY INVESTORS, INC. v. CURRITUCK COUNTY

No. 467P97

Case below: 127 N.C.App. 212

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 4 December 1997. Motion by respondents (Currituck and Board of Commissioners) to dismiss notice of appeal allowed 4 December 1997.